

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00266-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF ATASCOSA COUNTY**, Et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

Appellant David A. Edwards, an inmate acting pro se in a civil suit, filed a notice of appeal with this court on April 28, 2016. Appellant's notice of appeal states he is indigent; as proof, he provides a copy of this court's letter notifying others that Appellant was indigent for purposes of appeal number 04-14-00612-CV. He requests free copies of the reporter's records for hearings on February 3, 2016, and February 18, 2016. He also states he is currently incarcerated, and his notice shows his return address as the Ellis Unit of the Texas Department of Criminal Justice—Institutional Division in Huntsville, Texas. In his letter of May 31, 2016, filed on June 3, 2016, Appellant again asserts he is indigent and requests free copies of the reporter's records.

Because Appellant is an inmate and asserts he cannot pay costs in his civil suit, Appellant must file in this court within THIRTY DAYS of the date of this order (1) a separate affidavit or unsworn declaration listing the previous pro se actions he has brought and (2) a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a) (West Supp. 2015) (applying affidavit or unsworn declaration and other requirements to inmate appeals effective January 1, 2012); *id.* § 14.004 (requiring a pro se inmate asserting inability to pay costs to file a detailed list of previous pro se actions and a certified copy of the inmate's trust account statement).

Appellant's affidavit or unsworn declaration and certified statement must be timely filed and must meet the applicable statutory requirements. *E.g.*, *id.* § 14.004(a) (affidavit or declaration of actions); *id.* § 14.004(b) (dispositions); *id.* § 14.004(c) (account statement).

We warn Appellant that this court may dismiss this appeal **without further notice** if Appellant fails to timely file the statutorily required documents. *Cf. Douglas v. Moffett*, 418 S.W.3d 336, 340 (Tex. App.—Houston [14th Dist.] 2013) (dismissing an appeal where an inmate failed to comply with Chapter 14 requirements); *Amir-Sharif v. Mason*, 243 S.W.3d 854, 857 (Tex. App.—Dallas 2008, no pet.) (recognizing that a trial court may dismiss an indigent inmate's suit without notice or hearing for failing to file the previous actions affidavit or declaration).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court